# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: 4:08-cr-1079-002 (TLW) |
| | ) | USM No: 16907-171 |
| -versus- | ) | Pro se |
| | ) | Defendant's Attorney |
| **Richard Lane Byrd** | ) | |
| | ) | |
| Date of Previous Judgment: June 30, 2009 | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant  ☐ the Director of the Bureau of Prisons  ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐   DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of one hundred twenty-five  (125) months, consisting of one hundred twenty-five months as to Count 1 and one hundred twenty months as to Count 2, with such terms to run concurrently, for a total aggregate sentence of one hundred twenty-five months **is reduced to** one hundred twenty (120) months.  This term of imprisonment consists of one hundred twenty months as to Count 1 and one hundred twenty months as to Count2, with all such terms to run concurrently, for a total aggregate sentence of one hundred twenty months.

Except as provided above, all provisions of the original judgment filed  June 30, 2009 shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:    May 16, 2013 | s/ Terry L. Wooten |
| | *Judge's signature* |
| Effective Date: | Terry L. Wooten, United States District Judge |
| *(if different from order date)* | *Printed name and title* |

**This second page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: **Richard Lane Byrd**
CASE NUMBER:  4:08-cr-1079-002 (TLW)
DISTRICT: South Carolina

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 30 | Amended Offense Level: | 26 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 121-151 months | Amended Guideline Range: | 120 months (per statute) |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

■  The reduced sentence is within the amended guideline range.
❐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure and/or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range
❐  Other *(explain)*:

### III. ADDITIONAL COMMENTS